IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LARRY CARR, | : |
| | : |
|    Plaintiff, | : |
| | :   Civil Case No. |
| v. | :   5:09-cv-327 (HL) |
| | : |
| ALFRED MORGAN HOLLOWAY, JR., | : |
| | : |
|    Defendant. | : |

_____

## ORDER

After the fragmented and incomplete pre-trial hearing today, the Court finds the most appropriate action is to continue this case until further notice. The Court will reschedule the trial at its earliest convenience and inform the parties of the revised date.

In the meantime, the Court directs the Plaintiff to file a status report no later than Thursday, September 8, 2011. This report should inform the Court on how Plaintiffs intend to proceed in light of the discussion at the pre-trial hearing.

**SO ORDERED**, this 30th day of August, 2011.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr